**Order filed July 19, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00914-CV
_____

## NDEM BURABARI ODUU, Appellant

## V.

## BARIVURE ELIZABETH DAN-DUKOR, Appellee

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2016-00572**

### ORDER

After we sustained the court reporter's contest to appellant's statement of inability to afford payment of costs, we ordered appellant to provide proof, by May 2, 2018, that he had paid or made arrangements to pay for the clerk's record and the reporter's record. Appellant sought two 30-day extensions of time to provide the required proof, which we granted until July 2, 2018. Neither the records nor proof of payment for the records has been filed. Therefore, we order as follows.

Appellant must provide proof to this court by **July 30, 2018** that he has paid

or made arrangements to pay for the clerk's record and the reporter's record. **No further extensions will be granted absent extraordinary circumstances.**

If appellant fails to make such a showing with respect to the clerk's record, this appeal may be dismissed. *See* Tex. R. App. P. 35.3(a)(2), 37.3(b).

If appellant fails to make such a showing with respect to the reporter's record, we may consider and decide those issues or points that do not require a reporter's record. *See* Tex. App. P. 35.3(b)(3), 37.3(c).

PER CURIAM

Panel consists of Justices Boyce, Donovan, and Wise